CHAMBERS OF
**JOHN C. LIFLAND**
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 4062
P.O. BOX 999
NEWARK, NJ 07101-0999
(201) 645-3167

November 24, 2004

To the Committee on Financial Disclosure:

I apologize for not responding to Judge Lisi's letter of August 4, 2004. I will do so as soon as I can assemble the required information.

As to the appraisal date for what is now ▮▮▮▮▮▮▮▮▮▮, there is a professional appraisal for this asset and it is dated sometime in mid-2003. I can't find it, probably because we have moved and can't find much of anything. The appraisal was used to determine the price at which I would buy out the half-interest in this property owned by ▮▮▮▮▮▮▮ I will keep looking, but will get the date from ▮▮▮▮▮ in any event.

As to paragraph 2 of Judge Lisi's letter (re 1/3 Unit Franklin Bldg. Assoc....), I paid $48,771 for this asset, between 1984 and 1990, as disclosed on all prior reports through 1999. I apologize for my oversight in omitting this information from the 2000-2003 Reports.

Very Truly Yours,



John C. Lifland, USDJ

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LIFLAND, JOHN C | U.S. District Court | 6/2/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Martin Luther King Fed. Bldg<br>50 Walnut Street<br>Newark, NJ 07101-0999 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Executor & Trustee Estate #2 See VIII | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2004 JUN -9 A 11: 10 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/10/03 | Estate #2- Executor's Commission | $2500.00 |

. *REIMBURSEMENTS* – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ *NONE* - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. See Non-Case-Related travel report for 2003(attached) | |

*V. GIFTS.* (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ *NONE* - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

*VI. LIABILITIES.* (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ *NONE* - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIFLAND, JOHN C | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. 1/2 interest real property | B | Rent | O | Q | | | | | |
| 2. Fleet Boston Financial Common | E | Dividend | N | T | | | | | |
| 3. Exxon/Mobil Common | B | Dividend | K | T | | | | | |
| 4. Western Resources Common | A | Div. | J | T | | | | | See VIII |
| 5. 1/3 Unit Franklin Bldg. Assoc. (Real Est. Ltd. P'ship) | A | Int. | K | R | | | | | |
| 6. IRA #1 | A | Dividend | N | T | | | | | |
| 7. - Alcon | | | | | | | | | |
| 8. - Cisco Systems Common | | | | | | | | | |
| 9. - Comcast Corp. Common | | | | | | | | | |
| 10. - Federal Home Loan Bank Bonds | | | | | Sale | 6/19 | K | A | |
| 11. - Flextronics Common | | | | | | | | | |
| 12. - Home Depot Common | | | | | Sale | 12/18 | J | A | |
| 13. - Huaneng Power Int'l | | | | | | | | | |
| 14. - IBM Common | | | | | | | | | |
| 15. - Lowes Companies Common | | | | | | | | | |
| 16. - L3 Communications Holdings | | | | | | | | | |
| 17. - Lucent Common | | | | | | | | | |
| 18. - Microsoft Common | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| LIFLAND, JOHN C | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  - Network Appliance Common | | | | | Sale | 12/15 | J | A | |
| 20.  - Oracle Systems Common | | | | | Sale | 3/19 | J | A | |
| 21.  - Penn Virginia Common (X) | | | | | | | | | |
| 22.  - Questar Common (X) | | | | | | | | | |
| 23.  - Sanmina Corp. Common | | | | | | | | | |
| 24.  - Tidewater Common | | | | | | | | | |
| 25.  - Vodafone Airtouch Common | | | | | | | | | |
| 26. IRA #2 | D | Div/Int. | M | T | | | | | |
| 27. Lucent Technologies Common | A | Dividend | J | T | | | | | |
| 28. Fleet Bank | A | Interest | J | T | | | | | |
| 29. Fleet Bank IRA | A | Interest | J | T | | | | | |
| 30. Estate #2 | A | Interest | M | T | | | | | See VII |
| 31. Principal Financial Group Common | A | Dividend | K | T | | | | | |
| 32. Reed Elsevier Inc. Pension Plan | A | Div/Int. | K | T | | | | | |
| 33. America Movil SA ADR | | | | | Bought | 12/15 | J | | |
| 34. Chicago Bridge & Iron | | | | | Bought | 12/15 | J | | |
| 35. Fluor Corporation | | | | | Bought | 3/21 | J | | |
| 36. Kroll Incorporated | | | | | Bought | 12/15 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| LIFLAND, JOHN C | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

I Estate #2 assets distributed to beneficiaries, and to Trust of which I am a Trustee, during 2003. Decedent was a ▮▮▮▮ member, as are beneficiaries..

VII (4) Formerly Kansas City Power and Light Company

# Calendar Year 2003 Travel (Certified)
## for Senior District Judge John C. Lifland
## as of 05/17/04

| Travel Dates | Destination | Purpose | Bus Exp | Days |
|---|---|---|---|---|
| 05/07/03 to 05/09/03 | Washington, District of Columbia | FJC educational seminar or program Funded by: FJC | $492 | 2.5 |
| 10/27/03 to 10/29/03 | Palm Beach, Florida | Meeting of U.S. Judicial Conference or committees Funded by: AO | $754 | 2.5 |
| 11/09/03 to 11/11/03 | Philadelphia, Pennsylvania | Circuit judicial conference Funded by: Cour | $814 | 2.0 |
| Totals: | | | $2,000 | 7.0 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LIFLAND, JOHN C | 6/2/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _6/2/04_

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544